Joseph Lavi, Esq. (SBN 209776)
jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
vgranberry@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for PLAINTIFF TIMOTHY TWYMAN, on behalf of himself and others similarly situated

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
KRISTA STEVENSON JOHNSON, SBN 185241
KSJohnson@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendant
NEW HAMPSHIRE BALL BEARINGS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY TWYMAN, on behalf of himself and others similarly situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>NEW HAMPSHIRE BALL BEARINGS, INC. DOES 1 to 100, Inclusive.<br><br>DEFENDANTS. | Case No. 2:21-cv-02573-AB-JC<br><br>**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE AND INDIVIDAUL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)** |

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE AND INDIVIDAUL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)**

# RECITALS

WHEREAS, Plaintiff TIMOTHY TWYMAN ("Plaintiff") filed a class action Complaint on January 22, 2020 in the Los Angeles County Superior Court (the "State Court Action") against Defendants NEW HAMPSHIRE BALL BEARING, INC. ("Defendant"); and

WHEREAS, on March 24, 2021, Defendant removed the State Court Action to this Court;

WHEREAS, on March 24, 2021, Defendant also filed a Notice of Related Case regarding an earlier-filed class action Complaint encompassing the same claims alleged by Plaintiff in the instant action (*Luna v. New Hampshire Ball Bearings, Inc.*; Case No. 2:18-cv-10755-AB-JC ("the *Luna* Action");

WHEREAS, on April 8, 2021, the Parties filed a Joint Stipulation to Stay this action pending the resolution of the earlier-filed *Luna* Action;

WHEREAS, on April 12, 2021, the Court granted the Parties' Joint Stipulation;

WHEREAS, the Court in the *Luna* Action has issued an Order Granting Final Approval as to a settlement class with "Class Members" defined as: "all individuals who have been employed by Defendant New Hampshire Ball Bearings, Inc. as non-exempt, hourly employees from November 13, 2014 to December 31, 2022" (*Luna* ECF # 157, ¶13).   The Court found the Settlement Agreement and Final Approval Order and Judgment "shall have res judicata and preclusive effect in all pending and future lawsuits or other proceedings that encompass any of Plaintiff's claims and the Settled Claims released by the Settlement Class Members.  The Settlement Agreement and this Final Approval Order and Judgment shall be binding on Plaintiff and the Settlement Class Members and others acting on their behalf" (*Id*. at ¶24).  The Court has issued Final Judgment in the *Luna* action (Luna ECF, #159);

WHEREAS, the court-approved settlement in the *Luna* action encompasses all of Plaintiff's claims in the instant action;

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE AND INDIVIDAUL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)**

WHEREAS, upon the Court's issuance of a March 19, 2025 OSC Re: Dismissal for Failure to Prosecute, counsel for Plaintiff checked the docket in the *Luna* Action and determined that final approval of the class action settlement in the *Luna* Action was granted and the Final Judgment in the *Luna* Action was filed on January 8, 2025;

WHEREAS, the Parties now agree that in light of the Final Judgment in the *Luna* Action and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the voluntary dismissal of Plaintiff's Complaint in its entirety.  Plaintiff's individual claims shall be dismissed with prejudice.  Plaintiff's class action allegations are dismissed without prejudice subject to the Order Granting Final Approval and Final Judgment in the *Luna* Action, as applicable; and

WHEREAS, the Parties will each bear their respective costs and fees in this Action.

## **STIPULATION**

**THEREFORE, IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, through their respective attorneys of record, that the class action allegations be dismissed without prejudice, and Plaintiff's individual claims dismissed, with prejudice, in this action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and Plaintiff and Defendant shall each be responsible for their respective costs and fees, including but not limited to attorneys and expert fees, in this Action.

**IT IS SO STIPULATED.**

Dated: May 5, 2025                **LAVI & EBRAHIMIAN, LLP**


By: */s/ Vincent C. Granberry*
Joseph Lavi, Esq.
Vincent Granberry, Esq.
Attorneys for Plaintiff
TIMOTHY TWYMAN, on behalf of himself and others similarly situated

2

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE AND INDIVIDAUL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)**

Dated: May 5 2025

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Krista Stevenson Johnson*
Krista Stevenson Johnson, Esq.
Attorneys for Defendant
NEW HAMPSHIRE BALL BEARINGS, INC.

## ATTESTATION

I hereby attest that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

/s/ *Vincent C. Granberry*
Vincent C. Granberry, Esq.

3

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE AND INDIVIDAUL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)**

# PROOF OF SERVICE

On May 5, 2025, I served the foregoing document, described as

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE AND INDIVIDAUL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)**

on all interested parties in this action in the manner provided as follows:

**A**  **(BY MAIL)** As follows: I placed such envelope, with postage thereon prepaid, in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

**B**  **(BY ELECTRONIC MAIL)** I sent such document via facsimile mail to the number(s) noted above.

**C**  **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the attorney at the location designated above.

**D**  **(BY ELECTRONIC SERVICE)** I submitted an electronic version of the document(s) via portable document format (PDF) to the court at www.cacd.uscourts.gov/cmecf.

| Party Served | Form of Service |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>KRISTA STEVENSON JOHNSON, SBN 185241<br>KSJohnson@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br><br>Attorneys for Defendant<br>NEW HAMPSHIRE BALL BEARINGS, INC. | D |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 5, 2025                    */s/ Vincent C. Granberry*
                                                          Vincent C. Granberry

4

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLASS ACTION ALLEGATIONS WITHOUT PREJUDICE AND INDIVIDAUL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(i)**